## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SLEDJESKI & TIERNEY, PLLC, THOMAS SLEDJESKI, MARY TIERNEY, and BRIAN ANDREWS,<br><br>Defendants. | Case No. 08-CV-05184 (JFB/ETB)<br><br>**STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, counsel to the parties herein, that the above referenced action is hereby discontinued, including all claims and counter-claims, with prejudice without costs to any party as against the other and that this Stipulation can be filed with the Clerk of this Court without further notice to any party.

Dated: New York, New York
August 20, 2010

ST. PAUL FIRE & MARINE INSURANCE COMPANY

By: _____
Andrew S. Kowlowitz
FURMAN KORNFELD & BRENNAN LLP
61 Broadway, 26th Floor
New York, New York 10006
(212) 867-4100

ROBERT & ROBERT, PLLC

By: _____
~~Clifford S. Robert, Esq~~ Kurt Schaub
*Attorneys for Defendants*
150 Broad Hallow Road, Suite 314
Melville, New York 11747
(631) 271-3300

1

-and-

By: *[signature]*

Christopher J. Bannon
ARONBERG GOLDGEHN DAVIS &
GARMISA
330 North Wabash Avenue, Suite 1700
Chicago, Illinois 60611
312-828-9600